**United States District Court**
**Violation Notice** (Rev. 1/2020)

R-26-0000197054

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| KE60 | E2596082 | Gilbertson-Flbi | 144 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 06/13/2026 0711 | 36 CFR 2.31(a)(3) |

Place of Offense 100 Pinnacle View Rd Middlesboro, KY 40965

Cumberland Gap NHP Visitor Center

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Vandalism. Destroying, injuring, defacing, or damaging property or real property.

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

$ _____ Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| U.S. District Courthouse 310 S. Main Street London, KY 40745-5121 | Est. 09/02/2026 Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ___June 13___ , 20_26_ while exercising my duties as a
law enforcement officer in the ___Eastern___ District of ___Kentucky___

The foregoing statement is based upon:

☒ my personal observation     ☒ my personal investigation

☒ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the
face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___06/01/2026___     _____
           Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:     _____
           Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

**UNITED STATES DISTRICT COURT**

**VIOLATION NOTICE**

CVB Code: KE60 ---VN # E25960082--- NPS Case R-26-0000197054

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on June 13, 2026, while exercising my duties as a law enforcement officer in the Eastern District of Kentucky at 1015 hours I, Officer GILBERTSON-FILPI (#144), and Officer SHEPHERD (#753) were called to the Visitor Center within the Cumberland Gap National Historical Park.

While speaking to staff members regarding vandalism I observed the damage to the raised flower bed in front of the Visitor Center restrooms. Several Purple Coneflowers and six signs were ripped out of the soil and thrown on the surrounding sidewalk. The signposts and signs were damaged, and one signpost was destroyed and no longer able to be used or repaired. Only a few of the Purple Coneflowers were able to be replanted.

Several park staff members and six volunteers from the Harrogate Garden Club worked to clean up the flower beds, the surrounding area, replanted a few of the flowers, and returned the remaining five signs to their original positions.

On Monday June 15, 2026 our IT Specialist was able to review the camera footage at the Visitor Center and I was then able to take photos of the individual who vandalized the flowerbeds, later identified as GOFF, Kelsey.

Officer GILLENWATER (#696) spoke with Middlesboro Police Department and was informed that GOFF was arrested by Officer AYERS for Public Intoxication Controlled Substance and Failure to Appear on June 15, 2026.

On June 21, 2026 SHEPHERD and I contacted GOFF at Bell County Detention Center where she was being held on bond, informed her of the video footage of the incident, and confirmed her identity. GOFF verbally stated that she knows what happened and did not want to speak about it.

I issued GOFF (1) violation notice for violating 36 CFR 2.31 (a) (3) Vandalism. Destroying, injuring, defacing, or damaging property or real property.

The foregoing statement is based upon:
☒ my personal observation          ☒ my personal investigation
☒ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/21/2026
Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:_____
Date (mm/dd/yyyy)          U.S. Magistrate Judge